**Lamont Clayton VAN, Appellant,**

v.

**Larry NORRIS, Arkansas Department of Correction, Defendant,**

**Ashraf Diab, CMS Healthcare, Appellee,**

**Max Mobley, Deputy Director, Arkansas Department of Correction; Juanita Stell, LPN, CMS Healthcare, Defendants,**

**Charlotte Green, Infirmary Manager, CMS Healthcare; Roland Anderson, Appellees.**

No. 07–1279.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2008.

Filed: July 11, 2008.

Lamont Clayton Van, Grady, AR, pro se.

Warden–Ar–Varner, Grady, AR, for Appellant.

Kimberly Ann Witherspoon, Humphries & Lewis, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Lamont Clayton Van appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 lawsuit following an evidentiary hearing. Having conducted de novo review of the record, *see Johnson v. Cowell Steel Structures, Inc.*, 991 F.2d 474, 478 (8th Cir.1993), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.